

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2021

No. 04-21-00375-CR

**IN RE** James **LEGATE**

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CR-6480
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Relator's Motion for Rehearing is hereby DENIED.

It is so **ORDERED** on November 5, 2021.

**PER CURIAM**

ATTESTED TO: _____
      MICHAEL A. CRUZ,
      CLERK OF COURT